THE STATE ex rel. WRAY v. HAWES et al.,
Appellants.

In Banc, November 3, 1903.

Police: PATROLMAN: APPOINTMENT BY IMPLICATION. Where a patrolman was appointed for a term of four years and held over for two years longer, he was not thereby, within the meaning of the St. Louis police act, reappointed by implication for a term of four years from the expiration of his first four-year term, but may be dropped at any time.

Appeal from St. Louis City Circuit Court.—*Hon. S. P. Spencer*, Judge.

REVERSED.

*C. W. Bates* and *Wm. F. Woerner* for appellants.

*A. A. Paxson* and *B. F. Clark* for respondent.

GANTT, J.—Relator was appointed a patrolman on April 1, 1889, for a term of four years, which he fully served. He held over until October 17, 1895, when he was dropped. He claims that he was reappointed, by implication, for a further term of four years from the expiration of his first term on April 1, 1893, and he asks a writ of mandamus for salary from October 17, 1895, until April 1, 1897. The trial court gave him judgment and the defendants appealed.

There is no merit in his case. The judgment of the circuit court is erroneous, and it is reversed and the writ quashed.

All concur.